```
                              United States Bankruptcy Court
                               Eastern District of New York

In re:                                                            Case No. 15-41901-ess
Michael P Palleschi                                               Chapter 7
Lizette Palleschi
        Debtors                  CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin              Page 1 of 2          Date Rcvd: Nov 23, 2015
                              Form ID: 262             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2015.
db/jdb         +Michael P Palleschi,    Lizette Palleschi,    16 Clarence Place,    Staten Island, NY 10306-2826
smg            +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg            +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8567302       #+Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
8567305        +Ccs Medical,    75 Remittance Dr , Dept 6541,    Chicago, IL 60675-6541
8567306        +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5206
8567307        +Cohen & Slamowitz,    199 Crosswaqys Park Dr,    Woodbury, NY 11797-2016
8567308        +Cohen & Slamowitz LLP,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
8567311        +Convergent Healthcare Recoveries,    P O Box 5435, Dept 0102,    Carol Stream, IL 60197-5435
8567313        +Daniels Norelli scully & Cecere,    1 Old Country Rd., Ste LL 5,    Carle Place, NY 11514-1806
8567314        +Edward S Zizmor, Esq,    881 Gerard Ave,    Bronx, NY 10452-9434
8567315        +Enterprise Recovery Systems Inc,    P O Box 5288,    Oak Brook, IL 60522-5288
8567316        +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
8567317       ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court: Forster & Garbus, LLP,    60 Motor Parkway,    Commack, NY  11725)
8567318        +Greenspoon Marder, Attny At Law,    Capital Plaza 1, Suite 6500,    201 East Pine Street,
                 Orlando, FL 32801-2718
8567320       #+Mel S Harris & Assoc,    5 Hanover Square, 8rh Floor,    New York, NY 10004-2752
8567321        +MerLife,    700 Quaker Lane,    Warwick, RI 02886-6669
8567325         NYS Dept Of Labor, Umemployment Div,    P O Box 4320,    Binghamton, NY 13902-4320
8567323        +National Recovery Agen,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
8590206         New York City Water Board,    Department of Environmental Protection,
                 Andrew Rettig, Assistant Counsel,    59-17 Junction Blvd, 13th Floor,    Flushing NY 11373-5108
8567324        +Nirmala Sanaakkayala, MD,    717 North Beers Street,    Holmdel, NJ 07733-1524
8567326        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
8567327        +Premier Medical PLLC,    P O Box 141296,    Staten Island, NY 10314-1296
8567328        +Princeton Orthopaedic,    325 Princeton Ave,    Princeton, NJ 08540-1617
8567329        +Quest Diagnostics,    P O Box 740985,    Cincinnati, OH 45274-0985
8567330        +Regional Imaging & Therap. Radiology Svs,    P O Box 371493,    Pittsburgh, PA 15250-7493
8567332        +Stuart Pomper, MD,    3000 Hylan Blvd,    Staten Island, NY 10306-4106
8567333        +U S A Funds,    Po Box 6180,    Indianapolis, IN 46206-6180
8567334         U S Dept Of Ed/gsl/atl,    Po Box 4222,    Iowa City, IA  52244
8567336        +United Medical Surgical,    Po Box 9112,    Uniondale, NY 11555-9112
8567337        +University Physicians Group,    P O Box 50089,    Staten Island, NY 10305-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 23 2015 18:23:04
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8567303        +EDI: BANKAMER.COM Nov 23 2015 18:18:00      Bk Of Amer,    1800 Tapo Canyon Rd,
                 Simi Valley, CA 93063-6712
8567304        +EDI: CAPITALONE.COM Nov 23 2015 18:18:00      Capital One,    Pob 30281,
                 Salt Lake City, UT 84130-0281
8567310        +EDI: WFNNB.COM Nov 23 2015 18:18:00      Comenity Bank/vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
8567312        +EDI: CONVERGENT.COM Nov 23 2015 18:18:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
8567319        +EDI: IIC9.COM Nov 23 2015 18:18:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
8567322        +EDI: MID8.COM Nov 23 2015 18:18:00      Midland Fund,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
8567331         EDI: NEXTEL.COM Nov 23 2015 18:18:00      Sprint,    P O Box 4191,    Carol Strean, IL  60197
8567335        +E-mail/Text: ebn@unique-mgmt.com Nov 23 2015 18:23:22      Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8567309*       +Cohen & Slamowitz, LLp,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2015 at the address(es) listed below:
              Alan   Nisselson    anisselson@windelsmarx.com,
               theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Kevin B Zazzera    on behalf of Debtor Michael P Palleschi kzazz007@yahoo.com
              Kevin B Zazzera    on behalf of Joint Debtor Lizette  Palleschi kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                           TOTAL: 4
```

**Form BLdfnld7** (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:   CASE NO: 1−15−41901−ess

Michael P Palleschi              Lizette Palleschi
                                    aka Lizette Eugenio
16 Clarence Place                aka Lizette Mercado
Staten Island, NY 10306          16 Clarence Place
                                 Staten Island, NY 10306

Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:   CHAPTER: 7

xxx−xx−1950                         xxx−xx−9244

DEBTOR(s)

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on April 27, 2015; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

BY THE COURT

Dated: November 23, 2015          s/ Elizabeth S. Stong
                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**Form BLdfnld7**(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**